## STATEMENT OF FACTS

I am a Special Agent of the United States Bureau of Alcohol, Tobacco, Firearms and Explosives (the ATF). I make this affidavit in support of a criminal complaint because there is probable cause to believe that CURTIS SUBER committed a violation of 18 U.S.C. § 922(g)(1) in the District of Columbia.

This affidavit is presented for the sole purpose of establishing probable cause. It does not represent the totality of facts known to me and other investigators involved in this case. Because I was not at the scene when the defendant was arrested, this affidavit is based on my investigation, which included speaking with or reading reports written by or reviewing body worn camera footage from other investigators who have personal knowledge of the events described.

Based on my investigation, I learned the following: On October 22, 2025, at approximately 12:31 a.m. near the Delta Towers Apartments located at 1400 Florida Avenue Northeast in the District of Columbia, officers with the Metropolitan Police Department (MPD) and Metro Transit Police Department (MTPD) observed a silver vehicle speeding through the intersection of 13th Street and Florida Avenue Northeast. MPD Officer Squitieri and MTPD Officer Hudson turned onto Florida Avenue and followed in the direction of the car. Officers observed smoke and arrived in the area of 1400 Florida Avenue Northeast. Officers Squitieri and Hudson observed the silver vehicle that had crashed and was inoperable near a residential building. The officers then observed the defendant SUBER exit the driver's side door of the vehicle holding a bottle labeled Hennesy that was half-filled with a brown liquid. Officers immediately recognized the bottle to be an alcohol bottle and placed SUBER

in handcuffs. Officers also smelled the liquid and confirmed the bottle contained alcohol.

When Officer Squitieri opened the driver's side door of the vehicle to check for any other occupants, he immediately observed an extended magazine of a firearm protruding from the space between the driver's seat and the center console. The magazine was loaded inside of a firearm. As the officers were attempting to photograph the firearm and magazine, the vehicle began emitting sparks, which caused the officers to retrieve the gun from the vehicle in case the vehicle caught fire. The firearm and ammunition removed from the vehicle are depicted in the image below:



The firearm was a Glock -45 caliber pistol bearing serial number BNBE579, which contained one round of ammunition in the chamber and 23 rounds of ammunition in the magazine. Through my training and experience, I have learned that there are no firearm or ammunition manufacturers in the District of Columbia. Accordingly, there is probable cause to believe that the firearm and ammunition were

manufactured outside the District of Columbia and were transported in interstate or foreign commerce into the District of Columbia, where law enforcement recovered it.

A government records check for the defendant revealed the following image of the defendant from his booking photo:



Criminal history records revealed that in April 2023, the defendant was convicted in D.C. Superior Court Docket 2023CF22510 of Carrying a Pistol without a License and Possession of a Controlled Substance with the Intent to Distribute, both of which are punishable by imprisonment for a term exceeding one year. As such, on the date the defendant possessed the firearm and ammunition in this case, the defendant had been previously convicted of a crime that was punishable by imprisonment by more than a year and was aware of that fact.

As the officers were investigating, SUBER spontaneously uttered a statement that he had just had repairs done on the vehicle. Law enforcement recovered a black satchel on the passenger floorboard that contained a Mercedes repair bill with the defendant's name listed on it. Also located inside the black satchel were the following drugs and drug paraphernalia:

- (1) Tan plastic CVS Pill bottle with prescription information torn from the bottle containing:
    - (3) White round pills stamped RP/10-325 (Oxycodone)
    - (1) White round pill stamped RP/5- 325 (Oxycodone)
    - (15) White round pills stamped RP/10 (Oxycodone)
    - (1) Tan round pill stamped IG/282
    - (42) Pink round pills stamped K-56 (Oxycodone)
- (1) Green Plastic Pill bottle with the prescription information torn off the bottle containing:
    - (48) whole multicolored skull shaped pills stamped MB (field-tested and yielded a positive color reaction for the presence of Amphetamines)
    - (4) partial multi-colored skull pills (field-tested and yielded a positive color reaction for the presence of Amphetamines)
- 2.485 oz - Plastic Ziplock Bag of green leafy substance (field tested and yielded a positive color reaction for the presence of THC)
- .930 oz - green leafy substance in multi colored plastic Ziploc bag (field tested and yielded a positive color reaction for the presence of THC)
- 32.9 g - 2 plastic zip lock bags of mushrooms
- (2) Glass jars of THC Wax (field tested and yielded a positive color reaction for the presence of THC)
- (1) Glass Jar of gummies labeled 3,500 MG
- (1) Digital Scale
- $4,203 Dollars in United States Currency

Photos of some of the suspected controlled substances are depicted in the following images:



Based on the facts contained in this affidavit, there is probable cause to believe that on or about October 22, 2025, in the District of Columbia, the defendant, CURTIS SUBER, knowing that he had been convicted of a crime punishable by imprisonment

for a term exceeding one year did knowingly possess a firearm and ammunition, said firearm and ammunition having been shipped and transported in interstate commerce, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).

                                            _____
SPECIAL AGENT CHRISTIAN NGASSA
Bureau Of Alcohol, Tobacco, Firearms and Explosives

*Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on October 22, 2025.*

                                            _____
THE HONORABLE G. MICHAEL HARVEY
U.S. MAGISTRATE JUDGE