# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**CURTIS SUBER,**<br><br>Defendant. | Case No.<br><br>18 U.S.C. § 922(g)(1)<br>(Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year)<br><br>FORFEITURE: 18 U.S.C. § 924(d), 21 U.S.C. § 853(p), & 28 U.S.C. § 2461(c) |

## INFORMATION

The United States Attorney charges that:

### COUNT ONE

On or about October 22, 2025, within the District of Columbia, CURTIS SUBER, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in the Superior Court for the District of Columbia, Criminal Case No. 2022-CF2-002510, did unlawfully and knowingly possess a firearm, that is, a Glock .45 caliber firearm bearing serial number BNBE579, and did unlawfully and knowingly possess ammunition, that is, 24 rounds of .45 caliber ammunition, both of which had been possessed, shipped, and transported in and affecting interstate and foreign commerce.

(Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year, in violation of 18 U.S.C. § 922(g)(1))

### FORFEITURE ALLEGATION

1. Upon conviction of the offense alleged in Count One of this Information, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 246l(c), any firearms and ammunition involved in or used in the

knowing commission of the offense, including but not limited to: Glock .45 caliber firearm bearing serial number BNBE579 and 24 rounds of .45 caliber ammunition.

    2.    If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

    (a)    cannot be located upon the exercise of due diligence;

    (b)    has been transferred or sold to, or deposited with, a third party;

    (c)    has been placed beyond the jurisdiction of the Court;

    (d)    has been substantially diminished in value; or

    (e)    has been commingled with other property that cannot be subdivided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

**(Criminal Forfeiture,** pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c)).

    Respectfully submitted,

    JEANINE FERRIS PIRRO
    United States Attorney

By:    */s/ Christopher R. Howland*
    Christopher R. Howland (DC Bar 1016866)
    Assistant United States Attorney
    Fraud, Public Corruption, & Civil Rights Section
    601 D Street, NW
    Washington, DC 20530
    Tel: 202.252.7106 (Howland)
    Christopher.Howland@usdoj.gov